# Exhibit 6

to

**PLAINTIFFS' SUGGESTIONS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

\* FILED UNDER SEAL \*