# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No. 26-8009

---

Debra Darrington, Next Friend for M.R., on behalf of themselves and a class of similarly situated individuals; Eric Massey, Next Friend for K.M., on behalf of themselves and a class of similarly situated individuals; Anita Tabb, Next Friend for M.T., on behalf of themselves and a class of similarly situated individuals; Veda Johnson, Next Friend for O.J., on behalf of themselves and a class of similarly situated individuals; Carrie Miner, Next Friend for C.T., on behalf of themselves and a class of similarly situated individuals; Delicia Walker, Next friend for D.W., on behalf of themselves and a class of similarly situated individuals

Respondents

v.

Missouri Department of Mental Health; Mina Charepoo, Dr., in their official capacity as member of the Missouri Mental Health Commission; Kishore Khot, Dr., in their official capacity as member of the Missouri Mental Health Commission; Brian D. Neuner, in their official capacity as member of the Missouri Mental Health Commission; Lynne Unnerstall, in their official capacity as member of the Missouri Mental Health Commission; Jhan R. Hurn, in their official capacity as member of the Missouri Mental Health Commission; Dennis Herbert Tesreau, in their official capacity as member of the Missouri Mental Health Commission; Teresa E. Coyan, in their official capacity as member of the Missouri Mental Health Commission; Valerie Huhn, in her official capacity as Director of the Department of Mental Health

Petitioners

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:25-cv-04268-MDH)

---

## JUDGMENT

Before SHEPHERD, BENTON, and JUSTIN D. SMITH, Circuit Judges.

Judgment is entered in accordance with the court's order dated August 26, 2026, granting petitioners' petition for permission to appeal pursuant to Rule 23(f). The new case is docketed under appeal No. 26-2702. Mandate shall issue forthwith.

August 26, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler