# Exhibit 2

# News Reports on Jail Deaths of IST Individuals

ADVERTISEMENT

# Deadly delay for care: MO psychiatric bed backlog puts burden on families, jails

The St. Louis City Justice Center has 10 detainees waiting to be placed in a state psychiatric bed.

By David Amelotti and Matt Woods

*Published: Jun. 25, 2026 at 4:05 PM CDT*

accused of crimes related to an assault, was ordered to be held on no bond. More than a year later, in August 2025, a court ordered her to undergo a mental examination.

Weeks passed without McDile getting an evaluation by the Missouri Department of Mental Health (DMH) to determine if she was competent to stand trial. Those weeks turned into months, well past the 60 days state law normally allows for the evaluation to be completed. After DMH asked for an extension to complete the evaluation, a judge gave a deadline of Jan. 30, 2026, for it to be completed and submitted to the court.

But that deadline passed as well. The next day, Jan. 31, McDile died in the City Justice Center(CJC). A total of 166 days passed between the court order for an examination and her death.

Had McDile received the evaluation and been deemed incompetent to stand trial, she would have been ordered to receive mental health treatment at a state facility. But even if the examination process played out faster, it's possible McDile would have still been at the CJC on Jan. 31 waiting on a state bed to open up: a backlog of hundreds of people waiting for a bed has created a bottleneck for mentally ill people involved in Missouri's criminal justice system.

ADVERTISEMENT

Whether it's waiting for an evaluation or waiting on a bed, McDile's and many others' stories show the consequences of a system that doesn't have the capacity to care for all the people that need it. The problem hit a peak last year when there were nearly 500 inmates waiting for a state bed. And it goes beyond just a numbers problem with state hospital beds.

Court-ordered mental evaluations have increased 48% in the last five years. DMH has documented its staffing troubles that compound delays. And jails aren't equipped to care for people with severe mental health crises.

Chanel Weems, McDile's cousin, doesn't have all the answers about McDile's death. She just knows something went wrong.

ADVERTISEMENT

“She should have been in a medical facility for mental patients,” Weems said. “How long do people got to wait before they can get properly took care of?”

First Alert 4 Investigates spoke to family members of detainees with mental health struggles, jail administrators who are forced to care for them while they wait for state help, and organizations that sued DMH over the backlog last year. Their stories highlight an overburdened system that, in worst-case scenarios, have ended in death.

A statement from a CJC spokesperson said the corrections division “remains committed to cooperating fully with all ongoing investigations related to deaths at the St. Louis City Justice Center.” The statement said the CJC has a fully staffed mental health team, group-based mental health programming, and that detainees with mental health needs get monitored by clinical staff.

The statement also said the corrections division now has a partnership with Missouri for two state mental health professionals to be stationed at the CJC for detainees awaiting transfer. The CJC had 10 residents waiting for a state bed to open up as of Thursday.

**‘The de facto mental health institution’**

Jails across the state have felt the increase in acute mental health needs firsthand. Officials at the Jefferson County Jail said its facility’s mission and design didn’t have mental health care in mind.

“This building wasn’t built for what we’re holding right now,” said Capt. Brian Taylor. “We really try to eliminate having people in a mental health crisis in these areas.”

The main mental health issue facing Jefferson County’s jail isn’t the bed backlog, according to Undersheriff Timothy Whitney. The longer wait for mentally ill detainees is getting an examination to

The wait can amount to years in some cases, he said. While inmates wait, counties pay for local jails to provide housing, staffing and round-the-clock watch.

“It’s kind of become the de facto mental health institution for the county,” Whitney said. “At the same time, the criminal justice system can’t move forward on these cases.”

DMH pointed to four main drivers last year: not enough beds, not enough staff, not enough places for people to go after treatment so beds don’t open up, and a surge in court-ordered evaluations.

The department said there are many contributing factors, but declined to comment further because of pending litigation about the backlog.

Daniel Keen, former St. Charles County director of corrections, said earlier this year that 86% of inmates there have substance use or mental health issues. He said the average inmate housing cost is $114 a day, which amounts to about $1 million a year for people who should be in psychiatric treatment elsewhere.

“We range anywhere between 16 to 22 individuals that have been here years… waiting for a bed for a state hospital,” Keen said.

St. Charles County is finishing its new jail expansion, moving inmates into the new mental health wing with the ability to separate inmates based on the severity of their crisis. The $2.3 million expansion was made possible in part by opioid settlement funds.

**Lawsuit seeks change**

Carrie Miner’s son is left waiting in the CJC a year after being declared incompetent to stand trial. He hasn’t been transferred to a psychiatric institution because of the lack of bed space.

Miner feared her son’s fate could end similarly to that of McDile’s.

“I’m waiting for my son to be on the news that he committed suicide or died in the CJC waiting for a

the lawsuit in November, calling for the state to develop a remedial plan to reduce wait times for competency assessments and restoration treatment.

The lawsuit said some detainees deemed incompetent spend more time in jail than the maximum punishment for their pending charges. The organizations in court documents called the problem "pervasive, persistent, and worsening."

According to court documents in the case, half of the detainees assessed are deemed incompetent to stand trial. State law requires DMH to take custody of those deemed incompetent immediately after a commitment order. The reality, however, is that those people can wait for months or years before receiving restoration treatment.

"Missouri's jails have become de facto mental health wards, with terrible outcomes for both the mentally ill pretrial detainees and overwhelmed correctional staff and agencies," the lawsuit states.

The average number of detainees awaiting restoration treatment in county jails has grown sevenfold since 2018, according to DMH data and news reports. That year, the average was 68. The peak in August 2025 was 492, according to a report by the Missouri Independent.

The issue is not unique to Missouri. Illinois has a backlog of more than 300 jail detainees waiting for evaluations or treatment. The ACLU also filed a lawsuit in 2024 against North Carolina that is similar to the one in Missouri.

McDile's family still doesn't have all the answers in her death. Weems, her cousin, told First Alert 4 Investigates they are still waiting for the death certificate to find out how exactly she died. As the family seeks accountability, Weems is raising the twin sons her cousin left behind. They recently had their third birthday.

*Copyright 2026 KMOV. All rights reserved.*

https://www.komu.com/news/midmissourinews/family-seeks-justice-after-woman-dies-in-cooper-county-jail/article_c846bae2-8259-11ee-a2e2-bffc2aed733f.html

# Family seeks justice after woman dies in Cooper County Jail

Leah Rainwater, KOMU 8 Reporter
Nov 13, 2023

COOPER COUNTY — A Jefferson City family is calling for justice after the death of an inmate in the Cooper County Jail.

Brooke Bailey, 33, was being held in the Cooper County Jail when she died in her cell on Friday, Oct. 27, according to a Facebook post from the Cooper County Sheriff's Office.

Brooke Bailey's mother, Stacey Bailey, says her daughter had been charged with tampering with a motor vehicle in 2021 and had a hearing on Oct. 16.

During the hearing, the court ordered Brooke Bailey to be held in the Department of Mental Health, which was full at the time, so the court ordered Brooke to be held at the jail, according to her mother.

On Monday, Brooke Bailey's family protested outside of the Cooper County Courthouse to raise awareness for mental health and medical attention in jails.

"We're here today to be the voice that she wasn't," said Shelley Bailey, Brooke's aunt. "She was never heard in here, so we want our voices to be heard for her."

Stacey Bailey said her daughter called her on Oct. 25, and claimed that jail staff wouldn't listen when she told then that she "couldn't breathe" and that she was "going to die." Stacey Bailey said she got a call two days later from the coroner about her daughter's death.

Brooke Bailey was diagnosed with Type 1 diabetes before she was arrested, her mom said. When Brooke Bailey was in the jail, her mom said she called and told the staff to check her daughter's blood sugar.

Diabetes ketoacidosis (DKA) comes with having diabetes and not getting the medication that is needed. DKA is a "serious complication of diabetes that can be life-threatening," according to the Centers for Disease Control and Prevention. It develops when a body doesn't have enough insulin to allow blood sugar into cells to use as energy.



Brooke Bailey

Courtesy of Stacey Bailey

"Nobody wants to wake up one day and be told that their mom or their daughter is dead in a jail cell," said Paige Bailey-Folker, Brooke's daughter.

Bailey-Folker says her mom's death has caused the Bailey family unwarranted pain.

"She was treated very wrongfully and should've never been treated like that," Bailey-Folker said. "Nobody should ever be treated like that. The pain that this has caused our family, I want that to be known that this should never happen to anyone's family. Nobody deserves this."

Bailey-Folker says she hopes to reach more of the community with their protesting and wants more people to recognize the importance of taking cries for help seriously.

"I'm hoping to take it [the protest] all the way," she said. "We have so many good people around Cooper County that have stood in protest with us, because they believe that it was wrong as well. And I'm prepared to do anything and everything for this to go everywhere because it needs to be heard."

KOMU 8 reached out to the Cooper County Prosecutor's Office to confirm Bailey's original charge and its dismissal but was told the prosecutor was out of office on Monday.

KOMU 8 News also reached out to the Cooper County Sheriff's Office for a statement or any new information regarding the case. The sheriff's office said it could not comment because its investigation is ongoing. The Pettis County Sheriff's Office is also investigating at the Cooper County Sheriff's Office's request. A spokesperson for Pettis County said their investigation is ongoing.

The Cooper County Sheriff's Office previously said an autopsy for Brooke Bailey had been scheduled. KOMU 8 has reached out to the Cooper County coroner for any results.

MORE INFORMATION




**Former Cooper County lieutenant, deputy charged with involuntary manslaughter in inmate's death**

Two charged in Cooper County inmate's death booked, released on bond

Former Cooper County lieutenant pleads not guilty to involuntary manslaughter

Family of deceased Cooper County inmate seeks justice at court hearing for manslaughter case

Leah Rainwater

https://www.kjluradio.com/newsroom/foul-play-ruled-out-in-death-of-california-state-man-who-died-in-saline-county/article_8eae5429-7371-4689-a2d9-eaef635396a8.html

# Foul play ruled out in death of California-state man who died in Saline County Jail

Leslie Taylor
Jun 26, 2025




Nathaniel Maher

The death of a west coast man who died while housed at the Saline County Jail has been ruled caused by natural causes.

Nathaniel Maher, of Atherton, California, was arrested in January in Arrow Rock after a caller reported he'd entered a vehicle without the owner's permission.  When a deputy arrived, Maher was standing in front of a house, going through their garbage, holding numerous pieces of mail.  The mail included a Missouri Department of Revenue vehicle title and bank statements.

In May, Maher was deemed incompetent to stand trial.

It was later that same month when Maher died while incarcerated at the Saline County Jail.  An autopsy has revealed that Maher died from natural causes due to complications of meningitis and pneumonia.  The report also noted that Maher's non-compliance with medical advice and his refusing to take his prescribed medication was a contributing factor as well.

The medical examiner also noted that Maher had skin lesions and sores on his body which likely allowed bacteria into his system resulting in meningitis.

Officials say it's been determined that the form of meningitis Maher had was very unlikely to be contagious to others within the jail facility.

**Saline County Coroner's Office**
about a year ago

Here are the findings of the Saline County Coroner's Office regarding the death investigation of Nathaniel Maher, who died on Monday, May 19, 2025, while incarcerated at the Saline County Jail.

At the time of death, upon physical examination by Deputy Coroner Joey Valiquette, there were no signs of trauma or bodily injury to Mr. Maher. At that time Deputy Coroner Joey Valiquette requested an autopsy be completed.

At the completion of the autopsy, conducted by the Boone Coun...
See more

115 11 18

Leslie Taylor

Text-Only Version | Go To Full Site | Donate

STLPR

# Man dies in custody at St. Louis County jail after he was found unresponsive

By Lacretia Wimbley

July 21, 2026 at 6:48 PM CDT

A 37-year-old man died while in custody at the St. Louis County Justice Center early Sunday morning.

Anthony Holloway had been detained at the jail since August 2024 and was awaiting a transfer to the Missouri Department of Mental Health. (410x497, AR: 0.8249496981891348)

Jail officials said Anthony Holloway was alone in his cell when he was found unresponsive at 12:29 a.m. Dr. Gershom Norfleet, St. Louis County's chief medical examiner, said the cause of death is pending toxicology results.

“There was no trauma identified after autopsy examination,” Norfleet said in a statement.

Jail officials said that at the time of Holloway’s death, the St. Louis County Department of Justice Services was waiting for bed space to open up with the Missouri Department of Mental Health in order to respond to a court order to transfer Holloway.

“Residents often have a significant wait time to be transferred to the Missouri Department of Mental Health,” jail officials said in a statement. “They remain in Justice Services custody and the care of Corrections Medicine until a bed becomes available.”

According to legal advocacy firm ArchCity Defenders, Holloway had been on the wait list to receive court-ordered mental health treatment for 17 months.

He's been in custody at the jail since August 2024. At least seven people now have died in custody of the county jail since 2020.

The most recent was Robin Marshall-Smith, 39, who died in March after suffering a medical emergency. Her family said she suffered from congestive heart failure, high blood pressure and stomach cancer.

About Us Careers Contact Us Digital Accessibility Donate
Newsletters Privacy Policy FCC Public Files Volunteer with STLPR

© STLPR

MISSOURI INDEPENDENT

# Man dies in KC jail after waiting months for court-ordered mental health treatment

BY **CLARA BATES** - MAY 23, 2025 4:01 PM



Missourians who are arrested and declared incompetent to stand trial wait in jail an average of 14 months before receiving treatment (Getty Images).

A man who spent months in a Kansas City jail waiting to be transferred to a state psychiatric hospital for court-ordered treatment died on Monday.

Timothy Beckmann was arrested in late September and found incompetent to stand trial due to mental health diagnoses. He was ordered into Department of Mental Health custody in January, joining the list of hundreds of people waiting in jail for a state mental health bed to open up.

Just before 5 p.m. on Monday, 64-year-old Beckmann was found unresponsive in his cell in the Jackson County Detention Center cell, according to the Jackson County Sheriff's Office.

He was brought to a local hospital, where he was declared dead.

Beckmann hadn't been convicted of any crimes – his case was on pause while he waited months for mental health treatment.

The cause of death is not yet known. The sheriff's office, which oversees the jail, told The Independent it is investigating the death and the medical examiner's office has not yet released a cause of death. The medical examiner's office told The Independent no reports could be released under public records law while the case is still under investigation.

But in the seven months he spent in pretrial detention, Beckmann's mental and physical health deteriorated, the public defenders overseeing his case told The Independent on Friday. They say his death is a tragic consequence of the state's ballooning waitlist for mental health treatment, which leaves people languishing in jail for over a year on average. It's also an indictment, the public defenders say, of the state's inadequate support for those with mental illness.

"What happened to Timothy Beckmann is horrific," said Annie Legomsky, who runs the state public defense system's holistic defense services program, "and what makes it all the more tragic is that it was entirely preventable."

She said jails are not equipped to help people with mental illness.

"The inability of our jails to provide appropriate psychiatric care for these individuals is something we've been trying to sound the alarm for for a while," Legomsky said, "and unfortunately, it's not a surprise that now someone has tragically ended up dying because they weren't able to get the care they deserved."

The Missouri Department of Mental Health declined to answer a list of questions, citing patient privacy protections.

Jackson County Sheriff Darryl Forté also declined to answer specific questions, citing patient privacy, but wrote by email that the "death of an individual in our custody is a matter we take with the utmost seriousness and care. We are committed to thoroughly examining all circumstances surrounding such incidents, and this particular case remains under investigation."

## A 'life or death matter'

Missourians who are arrested and declared incompetent to stand trial wait in jail an average of 14 months before receiving treatment, according to data shared with The Independent earlier this month. Treatment generally includes therapy and medication and is referred to as competency restoration.

There were 418 people on the waitlist earlier this month.

Those being held in jail are sometimes incarcerated for longer than they would be if they'd received the maximum sentence for the crime they were charged with. There have been successful lawsuits in other states arguing the practice violates due process and the Americans with Disabilities Act.

Anthony Vibbard, the deputy district defender in Jackson County who supervised the attorney handling Beckmann's case, said Beckmann had been in and out of different mental health facilities over the last few decades.

He was arrested and charged with second degree burglary and first degree property damage, according to court records, after breaking a glass door of a home and entering.

Vibbard said Beckmann had been recently released from a mental health facility when he was arrested, and was left "wandering the streets of Kansas City" – where he wasn't from and had no family. He said Beckmann entered the home because he was tired and hungry and was looking for something to eat.

Vibbard said once Beckmann was in jail, "his condition started deteriorating to the point where he started self harming."

Vibbard and Legomsky said after he was detained, Beckmann started pulling out his toenails, scratching himself and "losing touch with reality." At one point, they said, he stopped eating or taking his blood pressure and heart medication.

The process of getting court orders for mental health examinations and referrals to the Department of Mental Health can take months. In Beckmann's case, he was finally ordered into the department's custody Jan. 21, nearly four months after he was arrested.

His attorney "sounded the alarms" in court, Vibbard said, trying to talk to judges, convince the department to expedite his treatment and making records of her concerns. Beckmann came to court "visibly frail," Vibbard said, with "scabs and wounds on his body."

The legal team received reports he was being held in restraints, which the sheriff's office declined to comment on. The jail has been sued in the past for its use of restraint chairs.

"[His attorney] made records over and over saying like that, this is bad. Something bad could happen. He needs to be in a hospital and not a jail," Vibbard said."…And eventually we got the word that Mr. Beckmann died number 109 on the waiting list for admissions."

The department declined to confirm that Beckmann was number 109 on the waitlist at the time he died.

Legomsky said despite legislative and court concerns, more needs to be done to remedy the competency restoration issue, "so that people like Mr. Beckmann don't die locked up in a cell, strapped down."

"If people don't know what's happening," she said, "and they don't realize that it's a life or death matter, I'm worried that the status quo will continue."

*This story was updated Saturday at 9 a.m. to clarify Anthony Vibbard's role in the case.*